IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Arthur Morgan, ) | C/A No.: 1:12-2736-JMC-SVH |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| Dr. D. Hammock; Janine S. Davis, ) | |
| Administrator, MGR II; Dr. Jonh ) | |
| Solomon; Blake Taylor, ) | |
| ) | |
| Defendants. ) | |
| ) | |

Plaintiff, proceeding pro se and in forma pauperis, brought this action alleging violations of his constitutional rights pursuant to 42 U.S.C. § 1983. Defendants Davis, Solomon, and Taylor filed a motion to dismiss on March 28, 2013 [Entry #24] and defendant Hammock filed a motion to dismiss on April 22, 2013 [Entry #28]. As Plaintiff is proceeding *pro se*, the court entered orders on March 29, 2013 and April 23, 2013, pursuant to *Roseboro v. Garrison*, 528 F.2d 309 (4th Cir. 1975), advising him of the importance of the motions to dismiss and of the need for him to file adequate responses. [Entry #25, #29]. Plaintiff was specifically advised that if he failed to respond adequately, Defendants' motions may be granted.

Notwithstanding the specific warning and instructions set forth in the court's *Roseboro* orders, Plaintiff has failed to respond to the motions. As such, it appears to the court that he does not oppose the motions and wishes to abandon this action. Based on the foregoing, Plaintiff is directed to advise the court whether he wishes to continue with this case and to file responses to Defendants' motions to dismiss by June 18, 2013.

2

Plaintiff is further advised that if he fails to respond, this action will be recommended for dismissal with prejudice for failure to prosecute. *See Davis v. Williams*, 588 F.2d 69, 70 (4th Cir. 1978); Fed. R. Civ. P. 41(b).

    IT IS SO ORDERED.

*Shiva V. Hodges*

June 4, 2013  
Columbia, South Carolina

Shiva V. Hodges  
United States Magistrate Judge